

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-13-00596-CR

Mario Josue **QUINTERO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 11-07-10748-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

    The State's brief was originally due to be filed on June 20, 2014. On June 26, 2014, the State filed its first motion for extension of time, requesting that the time to file the brief be extended to July 21, 2014. We granted the motion. On July 18, 2014, the State filed its second motion for extension of time, requesting an extension of 30 days. We granted the motion and ordered that the brief be filed by August 20, 2014; we warned that no further extensions of time would be granted. On September 3, 2014, the State filed its third motion for extension of time, requesting an additional 45 days in which to file the brief. The motion is GRANTED IN PART. We ORDER the State to file its brief within 10 days from the date of this order. THIS IS THE **FINAL** EXTENSION OF TIME THAT THE STATE WILL BE GRANTED. If the State's brief is not timely filed, we will set the appeal "at issue," and it will be set for submission without an appellee's brief.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court